Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>BODYWAVES, INC., et al.,<br><br>Defendants. | Case No.: 13-cv-2515-PA (AJWx)<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

**[PROPOSED] ORDER:**

Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice and with each party to bear its own costs and fees.

SO ORDERED.

Date:  February 12, 2014                         _____
                                                 Hon. Percy Anderson
                                                 U.S. District Court Judge